ORIGINAL

BY FAX

**JS 44 (Rev. 10/20) CIVIL COVER SHEET**
The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.

2:26-cv-00618-HDV-(PVCx)

## I. PLAINTIFFS

**Plaintiff:**
**Oussama Benaziz**
3680 Wilshire Blvd., Suite P04-1007
Los Angeles, CA 90010
Email: oussbnz@hotmail.com
**Pro Se**

## DEFENDANTS

**Federal Express Corporation**, a Delaware corporation
**Eternity Jewelry Corp. d/b/a "Happy Jewelers,"** a California corporation
**DOE 1 (a.k.a. "David Montes," a.k.a. "David Lyon")**, an individual
**DOES 2–10**

## II. BASIS OF JURISDICTION (CHECK ONE)

✔ **1. Federal Question (28 U.S.C. §1331, §1337 – Carmack Amendment, 49 U.S.C. §14706)**

## III. CITIZENSHIP OF PRINCIPAL PARTIES

(Not applicable in federal-question cases.)
Plaintiff: N/A
Defendant: N/A

## IV. NATURE OF SUIT (CHECK ALL THAT APPLY)

✔ **190 — Other Contract**
✔ **370 — Fraud / Misrepresentation**
✔ **380 — Other Personal Property Damage** *(Primary Carmack Category)*
*✔ *890 — Other Statutory Actions (California B&P §17200)*

---

## V. ORIGIN

✔ **1. Original Proceeding**

---

## VI. CAUSE OF ACTION

**Primary federal cause:** 49 U.S.C. §14706 — Carmack Amendment (loss, diversion, destruction of goods)
**Secondary causes:** Post-loss torts; negligent misrepresentation; unfair business practices; breach of contract; bailment.

---

## VII. REQUESTED IN COMPLAINT

✔ **Monetary Relief**
**Damages sought:** $6,535 actual + consequential damages + punitive damages (FedEx only).

---

## VIII. RELATED CASE(S)

None known.

---

## IX. DIVISION

(Select the division corresponding to the county where the claim arose.)

✔ **Southern Division – Santa Ana**
(411 W. 4th Street, Santa Ana, CA 92701)

---

## X. SIGNATURE

**/s/ Oussama Benaziz**
3680 Wilshire Blvd., Suite P04-1007
Los Angeles, CA 90010
Email: oussbnz@hotmail.com
Dated: ___________________

---