UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00618-HDV-PVC | Date | 08/20/26 |
| Title | *Oussama Benaziz v. Federal Express Corporation et al.* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR**

Defendants' Motions to Dismiss were noticed for hearing on August 20, 2026 before this Court [Dkts. 48, 50]. However, Plaintiff Oussama Benaziz failed to appear. Accordingly, the Court orders the Plaintiff to show cause in writing by **August 27, 2026**, explaining why no appearance was made. Failure to timely or adequately respond to this Order may result in sanctions.

**IT IS SO ORDERED.**